IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES MAYS,<br><br>**Plaintiff,**<br><br>**vs.**<br><br>UNCLE JACK'S MEAT COMPANY OF ATLANTA, LLC et al.; NU-OLD RESTAURANT GROUP, INC.; and UNCLE JACK'S STEAKHOUSE, INC.,<br><br>**Defendants** | Civil Action No. 1:26-cv-1584-SEG |

### RESPONSE TO ORDER

In its docket-only order of June 1, 2026, the Court ordered the Parties to "file a joint document indicating whether they request that this case be referred to a Magistrate Judge."

As stated in the Parties' Joint Preliminary Report and Discovery Plan [Doc. 13, pg. 14] the Parties *consent* to trial by magistrate judge. However, the Parties *do not move* for a transfer of the action, and leave the decision to refer this case to a magistrate judge for all further proceedings entirely at the discretion of the presiding District Court Judge.

1

Respectfully submitted this 2nd day of June 2026,

**CALDWELL BRIDGERS & BENJAMIN, LLC**        **DAME LAW PC**

<u>s/ *Matthew W. Herrington*</u>                 <u>/s/ *Hayes M. Dever, Jr.*</u>
Charles R. Bridgers                          Hayes M. Dever, Jr.
Georgia Bar No. 080791                       Georgia Bar No. 338488
Matthew W. Herrington                        hdever@damelawpc.com
Georgia Bar No. 275411                       2392 Mt. Vernon Road
1425-A Dutch Valley Place NE                 Atlanta, GA 30338
Atlanta, Georgia 30324                       (404) 236-8614
(404) 979-3150
bridgers@appliedlegalinsight.com             Attorneys for Defendants
herrington@appliedlegalinsight.com

Attorneys for Plaintiff

2